Alejandro Macedo FRUCTUSO,
Petitioner,

v.

Jefferson B. SESSIONS III, Attorney
General, Respondent.

No. 16-1976

United States Court of Appeals,
Fourth Circuit.

Submitted: April 11, 2017

Decided: April 17, 2017

Bradley B. Banias, BARNWELL,
WHALEY, PATTERSON, AND HELMS,
Charleston, South Carolina, for Petitioner.
Chad A. Readler, Acting Assistant Attorney General, Cindy S. Ferrier, Assistant
Director, Sunah Lee, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington,
D.C., for Respondent.

Before TRAXLER, DIAZ, and
THACKER, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Alejandro Macedo Fructuso (Macedo), a
native and citizen of Mexico, petitions for
review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the immigration judge's denial of
his application for cancellation of removal.
Macedo raises a due process violation for
the first time on appeal, arguing that the
immigration judge's conduct at his removal
hearing violated his right to a full and fair
hearing. We lack jurisdiction over this
claim because Macedo failed to exhaust his
administrative remedies before the
Board.* 8 U.S.C. § 1252(d)(1) (2012); *Massis v. Mukasey*, 549 F.3d 631, 638 (4th Cir.
2008). We therefore dismiss the petition
for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument
would not aid the decisional process.

*PETITION DISMISSED*

---

* Although Macedo notes that there is an exception to the exhaustion requirement for certain
constitutional claims, *see Farrokhi v. I.N.S.*,
900 F.2d 697, 700-01 (4th Cir. 1990); *Gallanosa v. United States*, 785 F.2d 116, 120-21 (4th Cir. 1986), we have never extended this
exception to "procedural challenges that
could have been addressed by the [Board]."
*Kurfees v. I.N.S.*, 275 F.3d 332, 337 (4th Cir.
2001).